U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 NOV 13 A 11:45

CLERK
BY ___ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

OLIVER VIELLARD, )
)
Petitioner )
)
v. ) Case No. 2:26-cr-429
)
MARKWAYNE MULLIN, Secretary of the )
United States Department of Homeland )
Security, *et al*, )
)
Respondents.

**TEMPORARY RESTRAINING ORDER**

Petitioner Olivier Viellard has filed a petition for writ of habeas corpus. He is currently detained at the Northwest State Correctional Facility in St. Albans, Vermont. He seeks a bail hearing before this court.

The court ORDERS as follows:

1. Respondents shall not move Mr. Viellard out of the District of Vermont while this case is pending. His presence in the district is necessary to preserve the court's jurisdiction and to ensure that he has access to his attorneys.
2. The court has scheduled a hearing on Monday, November 16, 2026 at 10:00 a.m. The purpose of the hearing is to hear from both sides concerning the potential scheduling of a bail hearing consistent with the holding in *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026). Mr. Viellard shall be present in person for the hearing with his counsel.
3. This temporary restraining order shall remain in effect for 14 days unless extended following the hearing.

Dated at Burlington, in the District of Vermont, this 13th day of November, 2026.

Geoffrey W. Crawford, Judge
United States District Court