U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 NOV 17 A 11: 20

CLERK
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| OLIVER VIELLARD,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-429 |

## ORDER FOLLOWING STATUS CONFERENCE

On November 16, 2026, the parties appeared for a status conference.

The undisputed facts are that Dr. Vielliard entered the United States legally in May 2021 from Haiti with a B-2 visa. As a Haitian national, he received protection from removal under the Temporary Protected Status ("TPS") program until Haiti was removed from the program earlier this year. *See Mullin v. Doe*, 609 U.S. 324, 336–38 (2026) (discussing history of Haiti's TPS designation, Executive Branch efforts to terminate it in 2025, and legal challenges to the termination). He has a pending claim for asylum.

Dr. Vielliard is a physician in Haiti. In the United States, he worked legally in the field of home care nursing. He has been employed as a traveling nurse, most recently for the Visiting Nurses Association ("VNA") in Franklin County. He is single and has family living in the United States. He has a rental home in Franklin County. He remains employed by Franklin County VNA under the terms of his traveling nurse contract.

During a previous assignment in Arizona, he was charged with the misdemeanor offense of reckless driving. He has a lawyer in Arizona. That case is not yet resolved.

Through counsel, Dr. Vielliard states that he inadvertently crossed the border into Canada while driving between home care assignments in Highgate, Vermont. Border Patrol officers arrested him when he sought to return. He has been detained since November 8, 2026, and has been served with a notice to appear. His immigration case is pending in Chelmsford Immigration Court in Massachusetts. He has a Master Calendar hearing scheduled on November 18, 2026.

On November 13, 2026, the court entered a temporary restraining order enjoining respondents from moving Dr. Vielliard out of the District of Vermont while this habeas case is pending. That order will expire by its own terms on November 27, 2026. (Doc. 4.)

The parties agree that Dr. Vielliard is entitled to a bond hearing. He entered the United States with a visa and lived and worked here legally for five years under the terms of the TPS program. He was arrested following a "U-turn" incident at the Canadian border in a manner similar to other cases involving driving mistakes at border crossings. He is a medical professional with a job and a residence in Vermont. So far as is known, he has no involvement with the criminal justice system beyond a motor vehicle offense in Arizona.

The court expects that the Immigration Court will conduct a bond hearing prior to Monday, November 23, 2026. Petitioner through counsel shall file a report within 24 hours concerning the outcome of the hearing. In the event that the Immigration Court is unable to conduct a hearing within the week, the District Court will convene a hearing of its own on Monday, November 23, 2026, to hear from both sides concerning release or further detention of Dr. Vielliard.

The terms of the court's temporary restraining order remain in place. Respondents shall not move Dr. Vielliard out of the District of Vermont while this habeas case remains pending. The court will enter a further order after the hearing now set for November 23, 2026.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 17th day of November, 2026.

Geoffrey W. Crawford, Judge
United States District Court