U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 NOV 23 A 11:08

CLERK
BY ____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

OLIVER VEILLARD,

Petitioner,

v.

MARKWAYE MULLIN, Secretary of the United States Department of Homeland Security, *et al*,

Respondents.

Case No. 2:26-cv-429

**ORDER OF RELEASE**

Following a hearing on November 23, 2026, and for the reasons stated on the record at the conclusion of the hearing, the court ORDERS that respondents shall release Olivier Veillard from detention at the Northwest State Correctional Facility immediately.

Olivier Veillard shall be released from Northwest State Correctional Facility without further transportation or processing at other locations maintained by respondents.

Dr. Veillard is released on his personal recognizance. He shall not be detained during the pendency of his immigration court proceedings.

Dated at Burlington, in the District of Vermont, this 23rd day of November, 2026.

Geoffrey W. Crawford, Judge
United States District Court